IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NUE CHEER FRANKLIN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:13-cv-954-MEF |
| ) | WO |
| JUSTIN MATTHEW PARNELL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #7) to the Recommendation of the Magistrate Judge filed on February 18, 2014 are overruled;

2. The Recommendation of the Magistrate Judge (Doc. #6) entered on February 4, 2014 is adopted;

3. Plaintiff's complaint is DISMISSED with prejudice for lack of subject matter jurisdiction based on the *Rooker-Feldman* doctrine, and because the Court should decline to exercise supplemental jurisdiction over the state civil law claims.

DONE this the 20th day of February, 2014.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE