# IN THE U.S. DISTRICT COURT FOR THE M.D. OF ALABAMA

Nue Cheer Franklin
Plaintiff,

Vs.

Justin Matthew Parnell, esq., et. al.
Defendants.

Case #: 2:13-CV-00954

## NOTICE OF APPEAL

**COMES NOW** the plaintiff, Nue Cheer Franklin, pursuant to FRAP 3, and files this Notice of Appeal from the Order and Final Judgment of the District Court Judge, which dismissed this case prior to service on the defendants, on grounds of the Rooker-Feldman doctrine.

                            Respectfully submitted, Feb. 26, 2014,

                            /s/Nue Cheer Franklin, pro se, Plaintiff
                            P.O. Box 231602; Montgomery, AL  36123
                            (334) 294-5743   ncfranklin3@netzero.net

**Certificate of Service:**  Defendants were not served in this action, as it was dismissed prior to service on the defendants by the District Court.

                            /s/Nue Cheer Franklin, pro se, Plaintiff

1

*[handwritten signatures and notations, including "Drop Box" and "2-27-14"]*